**Electronically Filed
Supreme Court
SCWC-21-0000020
16-AUG-2021
08:50 AM
Dkt. 3 ODAC**

SCWC-21-0000020

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CITIBANK, NA AS TRUSTEE FOR WAMU SERIES 2007-HE2 TRUST,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM GASPAR and JOYAL GASPAR,
Petitioners/Defendants-Appellants,

and

HAWAIIAN OCEAN VIEW ESTATES ROAD MAINTENANCE CORPORATION,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000020; CIV. NO. 3CC171000137)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/defendants-appellants William and Joyal Gaspar's application for writ of certiorari, filed on July 5, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, August 16, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

